| Fill in this information to identify the case: |
|---|
| **Debtor name:** III Exploration II LP |
| **United States Bankruptcy Court for the:** District of Utah |
| **Case number (if known):** 16-_____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | QEP ENERGY COMPANY PO BOX 204033 DALLAS TX 75320-4033 | Johnathan Peterson, Land Johnathan.Peterson@qepres.com (303) 405-6673 | OPERATOR | ☐C ☑U ☐D | | | $2,007,337.96 |
| 2 | EP ENERGY E&P COMPANY, L.P. PO BOX 301244 DALLAS TX 75303-1244 | Michael J. Walcher, Land Michael.Walcher@epenergy.com (713) 997-5476 | OPERATOR | ☐C ☑U ☐D | | | $262,943.22 |
| 3 | EOG RESOURCES, INC. PO BOX 4362 HOUSTON TX 77210-4362 | jibinquiry@eogresources.com (713) 651-6553 | OPERATOR | ☐C ☑U ☐D | | | $68,373.65 |
| 4 | BADLANDS PRODUCTION COMPANY 7979 E. TUFTS AVE. SUITE 1150 DENVER CO 80237 | Linda Hancock (303) 483-0044 | OPERATOR | ☐C ☑U ☐D | | | $7,932.55 |
| 5 | XTO ENERGY, INC. PO BOX 730587 DALLAS TX 75373-0587 | jib_inquiry@xtoenergy.com; land_inquiry@xtoenergy.com (866) 886-2613, #8142 | OPERATOR | ☐C ☑U ☐D | | | $3,822.92 |
| 6 | NEWFIELD PRODUCTION COMPANY 4 WATERWAY SQUARE PL. SUITE 100 THE WOODLANDS TX 77380 | Travis Lindsey, Land tlindsey@newfield.com; owner-relations@newfield.com (281) 847-6090 | OPERATOR | ☐C ☑U ☐D | | | $1,758.03 |
| 7 | SLAWSON EXPLORATION COMPANY, INC. 727 N WACO #400 WICHITA KS 67203 | Cindy Howell (JIB) Tod Slawson (Land) chowell@slawsoncompanies.com; tslawson@slawsoncompanies.com (405) 232-0201 (303) 592-8880 | OPERATOR | ☐C ☑U ☐D | | | $1,108.35 |

Debtor   **III Exploration II LP**                                              Case number *(if known)* **16-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | KERR - MCGEE OIL & GAS ONSHORE PO BOX 730002 DALLAS TX 75373-0002 | | OPERATOR | ☐ C ☑ U ☐ D | | | $184.07 |
| 9 | WILMINGTON TRUST, N.A. AS ADMINISTRATIVE AGENT UNDER THAT CERTAIN FIRST LIEN CREDIT AGREEMENT DATED 2/19/13 50 SOUTH SIXTH STREET SUITE 1290 MINNEAPOLIS MN 55402 | Josh James (612) 217-5637 | BANK LOAN | | Approximately $100 million in principal | | unknown *1* |
| 10 | KEYBANK N.A., AS ADMINISTRATIVE AGENT 8115 PRESTON ROAD SUITE 500 DALLAS TX 75225 | George McKean (713) 221-6187 | BANK LOAN | | $25 Million in principal amount | | unknown *2* |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

1 This claim pertains to a secured obligation. The Debtor has not yet determined the amount or extent of any unsecured deficiency claim arising in connection with such secured obligation.

2 This claim pertains to a secured obligation. The Debtor has not yet determined the amount or extent of any unsecured deficiency claim arising in connection with such secured obligation.

Fill in this information to identify the case:

Debtor name     **III Exploration II LP**

United States Bankruptcy Court for the:     DISTRICT OF UTAH

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**████  Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration     **List of Equity Holders and Corporate Ownership Statement Pursuant to Bankruptcy Rules 1007(a)(3) and 7007.1.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>July 26, 2016</u>          X <u>/s/ Paul R. Powell</u>
                                                    Signature of individual signing on behalf of debtor

                                                    <u>Paul R. Powell</u>
                                                    Printed name

                                                    <u>President</u>
                                                    Position or relationship to debtor