# United States Bankruptcy Court
## District of Utah

In re   III Exploration II LP                                                    Case No. _____
                                    Debtor(s)                                    Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anne R. Macaulay Trust<br>7 Hill Road<br>Greenwich, CT 06830 | Class B Partner | 0.26% | |
| CP Idaho LLC<br>1 Thorndal Cir.<br>Darien, CT 06820 | Class B Partner | 71.63% | |
| Donald M. Pedersen Evergreen Trust<br>739 East Parkcenter Blvd., Apt 143<br>Boise, ID 83706 | Class B Partner | 0.94% | |
| Elizabeth R. Macaulay Trust<br>7 Hill Road<br>Greenwich, CT 06830 | Class B Partner | 0.34% | |
| Eugene C. Thomas Family LP<br>101 S. Capital Blvd., 10th Floor<br>Boise, ID 83701 | Class B Partner | 6.37% | |
| Eugene C. Thomas Testamentary Trust<br>101 S. Capitol Blvd., 10th Floor<br>Boise, ID 83701 | Class B Partner | 0.22% | |
| G-V LP<br>4502 Hillcrest Drive<br>Boise, ID 83705 | Class B Partner | 6.01% | |
| Intermountain Industries, Inc.<br>960 Broadway Ave., Suite 500<br>Boise, ID 83706 | Class A Partner | 100% | |
| Intermountain Industries, Inc.<br>960 Broadway Ave., Suite 500<br>Boise, ID 83706 | Class B Partner | 2.18% | |
| John A. Hill<br>First Reserve Corp<br>One Lafayette Place<br>Greenwich, CT 06830 | Class B Partner | 0.47% | |
| Jordan Properties LLP<br>3306 Hillcrest Lane<br>Boise, ID 83705 | Class B Partner | 7.83% | |

In re: __III Exploration II LP__                                              Case No. _____
                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Les Farnsworth<br>P.O. Box 316<br>Jensen, UT 84035 | Class C Partner | 12.5% | |
| Linda Macaulay<br>7 Hill Road<br>Greenwich, CT 06830 | Class B Partner | 0.81% | |
| Marshall G. Murrin<br>3724 Hillcrest Drive<br>Boise, ID 83705 | Class C Partner | 15.6% | |
| Michael E. Rich<br>10360 W. Whispering Cliff Dr.<br>Boise, ID 83704 | Class C Partner | 18.8% | |
| Michael Hackney<br>2075 S. Whisper Cove Way<br>Boise, ID 83709 | Class C Partner | 12.5% | |
| Paul R. Powell<br>13061 N. Andy's Gulch<br>Garden City, ID 83714 | Class C Partner | 25.0% | |
| Petroglyph Energy, Inc. (GP)<br>960 Broadway Ave., Suite 500<br>Boise, ID 83706 | General Partner | 100% | |
| Richard W. Beath<br>7955 W. Madronawood Ct.<br>Boise, ID 83709 | Class C Partner | 15.6% | |
| Robert J. Pedersen Evergreen Trust<br>739 East Parkcenter Blvd., Apt. 143<br>Boise, ID 83706 | Class B Partner | 0.94% | |
| Stanzel-Kelly LP<br>5260 E. Quarterpath Drive<br>Boise, ID 83716 | Class B Partner | 2.00% | |

In re: __III Exploration II LP__                    Case No. _____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the Limited Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 26, 2016__              Signature __/s/ Paul R. Powell__
                                                  **Paul R. Powell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.