George Hofmann (10005)
Steven C. Strong (6340)
Patrick E. Johnson (10771)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300

Attorneys for III Exploration II, LP

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re | Bankruptcy No. 16-26471 (RKM) |
|---|---|
| III EXPLORATION II LP, | Chapter 11 |
| Debtor. | |

**NOTICE OF MOTION FOR ORDER APPROVING BID PROCEDURES FOR SALE OF DEBTOR'S NORTH DAKOTA ASSETS and NOTICE OF HEARING**

**(Objection Deadline: November 21, 2016 at noon prevailing Mountain Time)
(Hearing Date: November 22, 2016 at 11:00 a.m.)**

**PLEASE TAKE NOTICE** that III Exploration II LP (the "Debtor"), has filed a *Motion for Order Approving Bid Procedures for Sale of Debtor's North Dakota Assets* (the "Motion"). A copy of the Motion is served herewith.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the Motion then you or your lawyer must:

(1) on or before November 21, 2016 at 12:00 noon prevailing Mountain Time, file with the Bankruptcy Court a written response to the corresponding motion, explaining your position, at:

{00306133.DOCX /} 1

        United States Bankruptcy Court
        350 South Main Street, Room 301
        Salt Lake City, UT 84101

If you mail your response to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before November 21, 2016 at 12:00 noon prevailing Mountain Time.  You also must mail a copy to the Debtor's counsel at:

        George B. Hofmann
        Steven C. Strong
        Patrick E. Johnson
        Cohne Kinghorn, P.C.
        111 East Broadway, 11th Floor
        Salt Lake City, UT 84111

**and**

    (2)    attend the hearing to be held with respect to the Motion, which is set for **November 22, 2016 at 11:00 a.m.** in Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101.  **There will be no further notice, and failure to attend the hearing will be deemed a waiver of your objection.**

If you or your attorney do not take both of the above-described steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion, and may enter an order granting that relief.  In the absence of a timely objection, the Debtor may ask the Court to strike the hearing and enter an order granting the Motion without hearing.

Dated: November 10, 2016.

        **COHNE KINGHORN, P.C.**

        /s/ Patrick E. Johnson
        GEORGE B. HOFMANN
        STEVEN C. STRONG
        PATRICK E. JOHNSON
        Attorneys for the Debtor