George Hofmann (10005)
Steven C. Strong (6340)
Jeffrey L. Trousdale (14814)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Email: ghofmann@cohnekinghorn.com
　　　　sstrong@cohnekinghorn.com
　　　　jtrousdale@cohnekinghorn.com

*Attorneys for III Exploration II LP*

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>III EXPLORATION II LP,<br><br>Debtor. | Bankruptcy Case No. 16-26471 (RKM)<br><br>Chapter 11 |
|---|---|

**NOTICE OF FIRST INTERIM APPLICATION OF COHNE KINGHORN, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR and NOTICE OF HEARING**

**(Objection Deadline: December 8, 2016)
(Hearing Date: December 13, 2016 at 11:00 a.m.)**

_____

　　　**PLEASE TAKE NOTICE** that Cohne Kinghorn, P.C. ("CK"), counsel for III Exploration II LP (the "Debtor"), has filed its *First Interim Application of Cohne Kinghorn, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Debtor* [Docket No. 162] (the "Application"). The Application seeks allowance of compensation for professional services rendered by CK as counsel for the Debtor in the amount of $147,742.50, and for reimbursement of necessary costs and expenses incurred in the amount of $1,862.26, during the period July 26, 2016 through November 11, 2016.  A copy of the Application is available on the Bankruptcy Court's electronic docketing system, or upon written request to the undersigned counsel. The Application may also be viewed free of charge on the website of the Debtor's noticing agent, Donlin, Recano & Company, at https://www.donlinrecano.com/clients/explor/dockets.

{00307540.DOCX /}

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to approve allowance of fees and reimbursement of costs and expenses as requested in the Application then you or your lawyer must:

(1) on or before December 8, 2016, file with the Bankruptcy Court a written response to the Application, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your response to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before December 8, 2016. You also must mail a copy to the Debtor's counsel at:

> Steven C. Strong
> Cohne Kinghorn, P.C.
> 111 East Broadway, 11th Floor
> Salt Lake City, UT 84111

**and**

(2) attend the hearing to be held with respect to the Application, which is set for **December 13, 2016 at 11:00 a.m.** in Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101. **There will be no further notice, and failure to attend the hearing will be deemed a waiver of your objection.**

If you or your attorney do not take both of the above-described steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Application, and may enter an order granting that relief. In the absence of a timely objection, the Debtor may ask the Court to strike the hearing and enter an order granting the Application without hearing.

Dated November 18, 2016.                **COHNE KINGHORN, P.C.**

/s/ Steven C. Strong
George Hofmann
Steven C. Strong
Jeffrey L. Trousdale

*Attorneys for III Exploration II LP*