George Hofmann (10005)
Steven C. Strong (6340)
COHNE KINGHORN, P.C.
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
(801) 363-4300
ghofmann@cohnekinghorn.com
sstrong@cohnekinghorn.com
Attorneys for III Exploration II LP

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:   III EXPLORATION II LP, Debtor. | Bankruptcy No. 16-26471  (RKM) Chapter 11 |
|---|---|

**NOTICE OF (1) MOTION FOR ORDER APPROVING SALE OF DEBTOR'S WESTERN UINTAH BASIN PROPERTY AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, and of (2) MOTION FOR ORDER APPROVING SALE OF DEBTOR'S EASTERN UINTAH BASIN PROPERTY AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS, and**

**NOTICE OF HEARING**

**(Objection Deadline:  December 12, 2016)
(Hearing Date: December 21, 2016 at 2:00 p.m.)**

    **PLEASE TAKE NOTICE** that on November 22, 2016, III Exploration II LP (the "Debtor") filed a *Motion for Order Approving Sale of Debtor's Western Uintah Basin Property and the Assumption and Assignment of Executory Contracts* [Docket No. 172] (the "Western Uinta Motion") and a *Motion for Order Approving Sale of Debtor's Eastern Uintah Basin Property and the Assumption and Assignment of Executory Contracts* [Docket No. 173] (the "Eastern Uinta Motion" and, collectively with the Western Uinta Motion, the "Motions").  The Motions may be viewed free of charge on the noticing agent's website, at https://www.donlinrecano.com/Clients/explor/Dockets, or copies may be obtained online through the Bankruptcy Court's CM/ECF electronic system or by written request to the undersigned counsel.

    **YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

{00304884.DOCX /}

The Western Uinta Motion seeks an order, pursuant to 11 U.S.C. §§ 105, 363 and 365, (i) approving the sale, free and clear of interests, of substantially all of the Debtor's Western Uintah Basin Property for the purchase price of $52.0 million to Ute Energy Exploration and Marketing, LLC or its designee in accordance with a Purchase and Sale Agreement attached as Exhibit 1 to the Western Uintah Motion; (ii) approving the assumption and assignment of certain related executory contracts; and (iii) granting related relief.

The Eastern Uintah Motion seeks an order, pursuant to 11 U.S.C. §§ 105, 363 and 365, (i) approving the sale, free and clear of interests, of substantially all of the Debtor's Eastern Uintah Basin Property for the purchase price of $3.5 million to Crescent Point Energy U.S. Corp. or its designee in accordance with a Purchase and Sale Agreement  attached as Exhibit 1 to the Eastern Uintah Motion; (ii) approving the assumption and assignment of certain related executory contracts; and (iii) granting related relief.

If you do not want the Court to grant the relief requested in either of the Motions, then you or your lawyer must do **both** of the following:

(1)     on or before December 12, 2016, file with the Bankruptcy Court a written objection to the Motion(s), explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before December 12, 2016.  You also must mail a copy to the undersigned counsel at:

> George Hofmann
> Steven C. Strong
> COHNE KINGHORN, P.C.
> 111 East Broadway, 11th Floor
> Salt Lake City, UT 84111

**and**

(2)     attend the hearing on the Motions, which is set for December 21, 2016, at 2:00 p.m. in Courtroom 369, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101.  **Failure to attend the hearing will be deemed a waiver of your objection.**

3

If you or your attorney do not take both of the above-described steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motions, and may enter an order granting that relief.

In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Motions without hearing.

Dated: November 23, 2016.

        COHNE KINGHORN, P.C.

        /s/ *Steven C. Strong*
        GEORGE HOFMANN
        STEVEN C. STRONG
        Attorneys for the Debtor